**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TRAVIS FRANCE                                                                                          PLAINTIFF
ADC #138501

V.                                    NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. The Petitioner does not object to the dismissal of the Arkansas Department of Corrections as a defendant. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

In response to the Recommended Disposition, Petitioner asks the Court to allow him to amend his Complaint. Petitioner must make this request in a separate motion with the proposed Amended Complaint attached.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE.

DATED this 30th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE