**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

TRAVIS FRANCE                                                                               PLAINTIFF
ADC #138501


V.                                          NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                              DEFENDANTS


## ORDER

Plaintiff filed this complaint on January 24, 2011, and service was ordered.  On April 13,

2011, the summons was returned unexecuted as to Defendants Townsand, Davis, Jones, Abner,

Holloway, Harris, and Howell (docket entries #18-#24).  Service had been attempted in the care of

counsel for the prison's medical contractor, but information received from counsel indicates that

Plaintiff provided insufficient information to allow the contractor to identify Townsand, Harris,

Jones, Holloway, Howell, and Abner.  Counsel identified Davis as Chiquita Davis, a former

employee of the contractor.  Because Davis is a former employee, counsel could not accept service,

bu did provide Davis's last known address under seal.  Accordingly, service will be attempted at that

address.  Additionally, Plaintiff must provide a first name for Defendants Townsand, Jones, Abner,

Holloway, Harris, and Howell, so that service may again be attempted.

IT IS THEREFORE ORDERED THAT:

1.       The Clerk is directed to change the style of the case to reflect the correct name of

Defendant Chiquita Davis.

2.       Davis's last known addresses shall not be made part of any public record.


1

3.      The Clerk of the Court shall prepare a summons for Davis, and the United States

Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this

order, on Davis, at the addresses provided under seal, without prepayment of fees and costs or

security therefor.

4.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

address prior to forwarding a copy to Plaintiff.

5.      Plaintiff is directed to provide the first name of Defendants Townsand, Harris, Jones,

Holloway, Howell, and Abner, so that service may be again attempted.  Plaintiff's failure to do so

within 30 days may result in the recommended dismissal of his claims against Defendants

Townsand, Harris, Jones, Holloway, Howell, and Abner.

DATED this     15    day of April, 2011.


_____
UNITED STATES MAGISTRATE JUDGE