**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

TRAVIS FRANCE                                                                                          PLAINTIFF
ADC #138501


V.                                              NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                        DEFENDANTS

## ORDER

Plaintiff Travis France filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 24, 2011, and he was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (docket entry #8).  However, on April 27, 2011, Plaintiff filed a notice of a change of address which indicates that he has been released from custody (docket entry #49).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit.  Accordingly, if Plaintiff wishes to proceed with this lawsuit, he is directed to, no later than 30 days after the entry of this order, resubmit an IFP application which reflects his free-world financial status.  Plaintiff's failure to do so will result in the recommended dismissal of this action, without prejudice.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to Plaintiff.

2.      Plaintiff is directed to submit, no later than 30 days after the entry of this order, either the $350.00 statutory filing fee, or to complete and sign the IFP application, and file it.  Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

1

DATED this __28__ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE