# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

TRAVIS FRANCE                                                                                                       PLAINTIFF

V.                                 NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Polly James's motion to dismiss (docket entry #35) is GRANTED, Plaintiff's claims against James are DISMISSED WITH PREJUDICE, and James's name is removed as a party Defendant.

DATED this 20th day of June, 2011.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE