# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

TRAVIS FRANCE                                                                                          PLAINTIFF

V.                                    NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Townsand, Abner, Harris, and Cathrine Howell are DISMISSED WITHOUT PREJUDICE, and the names of Townsand, Abner, Harris, and Cathrine Howell are removed as party Defendants.

DATED this 18th day of July, 2011.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE