# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

TRAVIS FRANCE                                                                                           PLAINTIFF

V.                                            NO: 2:11CV00018 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Travis France, a former inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction ("ADC"), filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 24, 2011, alleging that he was denied adequate medical care when he was incarcerated at the ADC.

On October 4, 2011, Defendants filed a motion to dismiss and brief in support, alleging in part that Plaintiff's *in forma pauperis* status should be revoked due to his earnings (docket entries #84 & #85). On October 5, 2011, the Court entered an order noting the apparent inconsistency regarding his earnings in Plaintiff's deposition testimony, and his application for leave to proceed *in forma pauperis*, and specifically ordered that Plaintiff's response to Defendants' motion to dismiss address the assertions regarding his *in forma pauperis* status (docket entry #88). Although Plaintiff filed a response to Defendants' motion (docket entry #94), he failed to clarify the inconsistencies regarding his financial information. Accordingly, on November 9, 2011, Plaintiff was ordered to file another response to Defendants' motion, and again directed to address his

financial statements in his response (docket entry #95). Plaintiff was warned that his failure to respond within 14 days would result in the recommended dismissal of his complaint. More than 14 days have passed, and Plaintiff has not responded to the order, or clarified his financial statements. Accordingly, Defendants' motion should be granted to the extent that Plaintiff's *in forma pauperis* status should be revoked, and his case should be dismissed without prejudice, subject to being reopened upon Plaintiff's payment of the full $350.00 filing fee, and filing of a motion to reopen, within 30 days of the order and judgment of dismissal.[1]

IT IS THEREFORE RECOMMENDED THAT:

1. Defendants' motion to dismiss (docket entry #84) be granted to the extent that Plaintiff's *in forma pauperis* status be revoked, and his case be dismissed without prejudice, subject to being reopened upon Plaintiff's payment of the full $350.00 filing fee and filing of a motion to reopen, within 30 days of the order and judgment of dismissal.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this   29   day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Court records indicate that no amount of the filing fee has been paid to date.