IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TRAVIS FRANCE                                                                                        PLAINTIFF

V.                                          NO: 2:11CV00018 JMM

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss (docket entry #84) is granted to the extent that Plaintiff's *in forma pauperis* status is revoked, and his case is dismissed without prejudice, subject to being reopened upon Plaintiff's payment of the full $350.00 filing fee and filing of a motion to reopen, within 30 days of this order and the judgment dismissing this action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 9th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE