# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

TRAVIS FRANCE                                                                                           PLAINTIFF

V.                                        NO: 2:11CV00018 JMM

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE